# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN S. ROBERTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10CV272** |
| v. | ) | |
| | ) | **ORDER** |
| **COVENTRY HEALTHCARE** | ) | |
| **OF NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on February 28, 2011, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before March 15, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The telephone planning conference previously scheduled for March 2, 2011, is cancelled upon the representation that this case is settled.

DATED this 28th day of February, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge