IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN S. ROBERTS, | ) | Case No. 8:10-CV-272 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| COVENTRY HEALTHCARE OF | ) | |
| NEBRASKA, INC., a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court on the Stipulation (Filing No. 18) of the parties for dismissal of the above-captioned matter with prejudice, each party to pay their own costs, complete record waived.

The Court, being fully apprised in the premises, finds that such Order should be issued.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned matter should be, and it hereby is, dismissed with prejudice, each party to pay their own costs.

DATED this 23rd day of March, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

**PREPARED AND SUBMITTED BY:**
Brian D. Nolan, #17764
Douglas R. Novotny, #22703
Nolan, Olson & Stryker, P.C., L.L.O.
Two Old Mill, Suite 240
10855 West Dodge Road
Omaha, Nebraska  68154
(402) 932-5126
Attorneys for John S. Roberts, Plaintiff